1  BRIAN L. CELLA (NO. 96346)
   JAMES D. LUHMANN (NO. 148766)
2  CELLA LANGE & CELLA LLP
   1600 South Main Plaza, Suite 180
3  Walnut Creek, California 94596
   Telephone: (925) 974-1110
4  Facsimile:  (925) 974-1122

5  CHRISTOPHER L. CELLA (NO. 102061)
   CELLA LANGE & CELLA LLP
6  23120 Alicia Parkway, Suite 200
   Mission Viejo, California 92692
7  Telephone: (949) 586-6811
   Facsimile: (949) 586-6812
8
   Attorneys for Plaintiff
9

10

11            IN THE UNITED STATES DISTRICT COURT

12            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13  _____
    DENNIS DREITH, IN HIS                )   Case No.:CV 03-5389 R
14  CAPACITY AS ADMINISTRATOR, )
    FILM MUSICIANS SECONDARY )      DEFAULT JUDGMENT.
15  MARKETS FUND,                        )
                                         )   (FRCP 55(b)(2))
16              Plaintiff,               )
                                         )   Local Rules 55 and 58
17  V.                                   )
                                         )   Courtroom of the Honorable Manuel L.
18  TOTAL FILM GROUP, INC., et al.       )   Real
                                         )
19              Defendants.              )   THIS CONSTITUTES NOTICE OF ENTRY
                                         )     AS REQUIRED BY FRCP, RULE 77(d).
20  _____       )
                                         )
21

22       Pursuant to Plaintiff FILM MUSICIANS SECONDARY MARKETS

23  FUND's ("The Fund") application for entry of default judgment against TOTAL

24  FILM GROUP, INC., SUNDOWNING, INC. aka SUNDOWNING

25  ENTERTAINMENT, and 1ST MISTER, INC. under Rule 55(b)(2) of the Federal

26  Rules of Civil Procedure, and it having been shown that,

27       (1) A default was properly entered against TOTAL FILM GROUP, INC.,

28  SUNDOWNING, INC. aka SUNDOWNING ENTERTAINMENT, and 1ST

Default Judgment

1  MISTER, INC. on December 23, 2003.

2  (2) Neither defaulted party is a minor, an incompetent person nor currently
3  serving in the military.

4  (3) Neither defendant has appeared in the matter and therefore neither
5  defendant is entitled to notice of the application for default judgment under Rule
6  55(b)(1) of the Federal Rules of Civil Procedure. Notice nonetheless has been
7  given to former Shareholder/Officer/Director Jeffrey Hoffman and the attorneys
8  for the Receiver for the Lancer Group, a major shareholder of and now apparently
9  in control of Defendants.

10  IT IS HEREBY ADJUDGED, DECREED and ENTERED that:

11  1.  Plaintiff Film Musicians Secondary Markets Fund shall have and
12  recover from Defendants Total Film Group, Inc., Sundowning, Inc. aka
13  Sundowning Entertainment, and 1st Mister, Inc., jointly and severally, and each of
14  their affiliates, partners, subsidiaries, parents or joint venturers, the following
15  sums:

16  a.  $135,000.00 for base residuals due for exploitation of the
17  subject films;

18  b.  $13,500.00 pursuant to contractual provision;

19  b.  $40,500.00 for prejudgment interest from the date of filing of
20  the Complaint in this matter, with interest accruing at the rate of $53.77 from
21  January 20, 2004, until the date this Judgment is entered;

22  c.  $163.01 for costs of suit;

23  d.  $7,380.00 for attorneys' fees as specified by Local Rule 55-4;

24  e.  Costs of enforcement of this judgment, including attorneys'
25  fees therefor, in an amount to be shown; and

26  f.  Costs incurred in conducting the accounting ordered by this
27  judgment infra.

28  2.  Total Film Group, Inc., Sundowning, Inc. aka Sundowning

 

1 Entertainment, Inc., and 1st Mister, Inc., and each of them,.shall allow reasonable
2 access to all their records and books as deemed necessary by Plaintiff Film
3 Musicians Secondary Markets Fund for an accounting of the Defendants' records
4 and revenues or those of any affiliate, as necessary.

5

6 IT IS SO ORDERED.

7 Dated: Jan. 26, 2004

8  Honorable Manuel L. Real

9  Judge of the United States District Court
   for the Central District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 23210 Alicia Pkwy., Suite 217, Mission Viejo, CA 92692. On January 22, 2004, served the within document(s):

**DECLARATION OF JAMES R. COPE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT BY COURT; DECLARATION OF CHRISTOPHER CELLA IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT BY COURT; APPLICATION FOR DEFAULT JUDGMENT BY COURT; DEFAULT JUDGMENT**

[ X ]    [MAIL] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Orange County, addressed as set forth below:

[  ]    [FACSIMILE] by transmitting Via Facsimile the document(s) listed above to the person(s) at the address(es) set forth below. (per agreement)

[  ]    [OVERNIGHT MAIL] by overnight courier of the document(s) listed above to the person(s) at the address(es) set forth below.

[  ]    [PERSONAL DELIVERY] by causing delivery by Courier Service of the document(s) listed above to the person(s) at the address(es) set forth below.

[  ]    [PERSONAL SERVICE] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

ADDRESS(ES):

Marty Steinberg, Esq.          Mr. Jeffrey Hoffman
HUNTON & WILLIAMS              3223 Cobb Parkway
1111 Brickell Avenue           Atlanta, Georgia 30339
Suite 2500
Miami, Florida 33131

I am readily familiar with the firm's practice of collection and processing correspondence for mail. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 22, 2004, Mission Viejo, California.

                                              Patricia A. Farrell

- 1